IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENE HAMOUTH, Derivatively on behalf of SmartVideo Technologies, Inc.<br><br>　　　　Plaintiff<br><br>v.<br><br>RICHARD E. BENNETT, JR., et al<br><br>　　　　Defendants<br><br>SMARTVIDEO TECHNOLOGIES, INC.,<br><br>　　　　Nominal Defendant | CIVIL ACTION NO.<br>1:04cv1921-TWT |

O R D E R

Plaintiff's Consent Motion to Dismiss Without Prejudice [12] is before the Court for determination.  The Court GRANTS the Motion to Dismiss Without Prejudice.

SO ORDERED, this 9th  day February  2005.

　　　　　　　　　　　　　　　/s/Thomas W.  Thrash
　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE